**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

JUL 20 2022

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ARMAS-RIVERA, AKA Jose Francisco Armas,<br><br>              Petitioner,<br><br>    v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>              Respondent. | No.    20-70694<br><br>Agency No. A200-977-113<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2022[**]

Before:      SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Jose Armas-Rivera, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for asylum,

withholding of removal, and relief under the Convention Against Torture ("CAT").

---

        [*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        [**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Garcia-Milian v. Holder*, 755 F.3d 1026, 1031 (9th Cir. 2014). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Armas-Rivera's contentions regarding the merits of his asylum and withholding of removal claims because he failed to raise them before the BIA. *See Segura v. Holder*, 605 F.3d 1063, 1066 (9th Cir. 2010) ("[Petitioner's] failure to assert [a] claim before the BIA deprived it of the opportunity to address the issue and divests us of jurisdiction to review it.").

Substantial evidence supports the agency's denial of CAT relief because Armas-Rivera failed to show it is more likely than not he would be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Delgado-Ortiz v. Holder*, 600 F.3d 1148, 1152 (9th Cir. 2010) (generalized evidence of violence and crime in Mexico is insufficient to meet standard for CAT relief).

The temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**